CLOSED,ECF,PRO–SE

## U.S. District Court
## Southern District of New York (White Plains)
## CIVIL DOCKET FOR CASE #: 7:25–cv–08370–KMK

Center For Judicial Accountability, Inc. et al v. Legislative Correspondents Association, Inc. et al

Assigned to: Judge Kenneth M. Karas

Cause: 28:1331 Fed. Question

Date Filed: 10/08/2025
Date Terminated: 07/10/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Center For Judicial Accountability, Inc.**
*acting on its own behalf and on behalf of the People of the State of New York & the Public Interest*

represented by **Gary Ln Zerman**
Law Office of Gary L. Zerman
23935 Philbrook Avenue
Valencia, CA 91354
661–259–2570
Email: gzerman243@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elena Ruth Sassower**
*Individually*

represented by **Elena Ruth Sassower**
10 Stewart Place
Apt. 2D–E
White Plains, NY 10603
Email: elena@judgewatch.org
PRO SE

**Plaintiff**

**Elena Ruth Sassower**
*as director of the Center for Judicial Accountability, Inc*

represented by **Elena Ruth Sassower**
(See above for address)
PRO SE

V.

**Defendant**

**Legislative Correspondents Association, Inc.**

**Defendant**

**Albany Times Union**

**Defendant**

**The New York Times**

**Defendant**

**New York Post**

**Defendant**

**Daily News**

**Defendant**

**New York Law Journal**

**Defendant**

**Wall Street Journal**

**Defendant**

**The Associated Press**

**Defendant**

**Bloomberg News**

**Defendant**

**Newsday**

**Defendant**

**Buffalo News**

**Defendant**

**Politico**

**Defendant**

**New York Focus**

**Defendant**

**WNYC & its GOTHAMIST**

**Defendant**

**WHMT**

**Defendant**

**WNET**

**Defendant**

**CITY & STATE**

**Defendant**

**THE CITY**

**Defendant**

**Spectrum News**

**Defendant**

**Craig Newmark Graduate School of Journalism of the City University of New York**

**Defendant**

**NBC – NY CHANNEL 4 NEWS**

**Defendant**

**PIX – NY CHANNEL 11 NEWS**

**Defendant**

**ProPUBLICA**

**Defendant**

**CBS – NY CHANNEL 2 NEWS & CBS NEWS**

**Defendant**

**The Free Press**
*being representative of other New York &*
*national media*

**Defendant**

**WINS NY Radio 1010**
*(Audacy, Inc.)*

**Defendant**

**SCHNEPS Media, LLC.**

**Defendant**

**Crain's New York Business**
*(Crain Communications, Inc.)*

**Defendant**

**Newsweek**
*(Newsweek Publishing, LLC.)*

**Defendant**

**Reuters**
*(Thomson Reuters Corporation)*

**Defendant**

**CNN**
*(Warner Bros. Discovery, Inc.)*

**Defendant**

**FOX NEWS**
*(News Corp)*

**Defendant**

**NEWSMAX**
*(Newsmax, Inc.)*

**Defendant**

**WCNY**
*(Public Broadcasting Council of Central*
*New York, Inc.)*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2025 | 1 | COMPLAINT against Albany Times Union, Bloomberg News, Buffalo News, CBS – NY CHANNEL 2 NEWS & CBS NEWS, CITY & STATE, Craig Newmark Graduate School of Journalism of the City University of New York, Daily News, Legislative Correspondents Association, Inc., NBC – NY CHANNEL 4 NEWS, New York Focus, New York Law Journal, New York Post, Newsday, PIX – NY CHANNEL 11 NEWS, Politico, ProPUBLICA, Spectrum News, THE CITY, The Associated Press, The Free Press, The New York Times, WHMT, WNET, WNYC & its GOTHAMIST, Wall Street Journal. Document filed by Elena Ruth Sassower(Individually), Center For Judicial Accountability, Inc., Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc). (vfr) (Entered: 10/15/2025) |
| 10/08/2025 | | Case Designated ECF. (vfr) (Entered: 10/15/2025) |
| 10/08/2025 | 2 | CIVIL COVER SHEET filed. (vfr) (Entered: 10/15/2025) |

| | | |
|---|---|---|
| 10/08/2025 | 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Elena R. Sassower consents to receive electronic service via the ECF system. Document filed by Elena Ruth Sassower.(vfr) (Entered: 10/15/2025) |
| 10/15/2025 | 4 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24–MISC–127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self–represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self–represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self–represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Chief Judge Laura Taylor Swain on 3/18/2024) (vfr) (Entered: 10/15/2025) |
| 10/15/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self–represented party who has not consented to electronic service, the filing party must serve the document on such self–represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information. (vfr) (Entered: 10/15/2025) |
| 10/16/2025 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case..(kgo) (Entered: 10/16/2025) |
| 10/22/2025 | 5 | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION: Plaintiff is directed to render payment of the filing fee or submit an IFP application to this Court's *Pro Se* Office within thirty (30) days of the date of this Order. The Clerk of Court is directed to assign this matter to my docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Filing Fee due by 11/21/2025. In Forma Pauperis (IFP) Application due by 11/21/2025. (Signed by Judge Laura Taylor Swain on 10/22/2025) (nb) (Entered: 10/22/2025) |
| 10/30/2025 | 6 | VERIFIED AMENDED COMPLAINT amending 1 Complaint,, against Albany Times Union, Bloomberg News, Buffalo News, CBS – NY CHANNEL 2 NEWS & CBS NEWS, CITY & STATE, Craig Newmark Graduate School of Journalism of the City University of New York, Daily News, Legislative Correspondents Association, Inc., NBC – NY CHANNEL 4 NEWS, New York Focus, New York Law Journal, New York Post, Newsday, PIX – NY CHANNEL 11 NEWS, Politico, ProPUBLICA, Spectrum News, THE CITY, The Associated Press, The Free Press, The New York Times, WHMT, WNET, WNYC & its GOTHAMIST, Wall Street Journal, WINS NY Radio 1010, SCHNEPS Media, LLC., Crain's New York Business, Newsweek, Reuters, CNN, FOX NEWS, NEWSMAX, WCNY with JURY DEMAND. Document filed by Elena Ruth Sassower(Individually), Center For Judicial Accountability, Inc., Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc). Related document: 1 Complaint. (ar) (Entered: 10/30/2025) |

| | | |
|---|---|---|
| 10/30/2025 | 7 | ADDENDUM TO CIVIL COVER SHEET. Document filed by Center For Judicial Accountability, Inc., Elena Ruth Sassower(Individually), Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc). (ar) (Entered: 10/30/2025) |
| 11/04/2025 | | Pro Se Payment of Fee Processed: credit card processed in the amount of $405.00 by the Finance Department on 11/04/2025, Receipt Number 1043 (lal) (Entered: 11/10/2025) |
| 11/04/2025 | | SUMMONS ISSUED as to FOX NEWS, New York Law Journal, New York Post, The Associated Press, Wall Street Journal.(kma) (Entered: 11/18/2025) |
| 11/10/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Kenneth M. Karas. Judge Laura Taylor Swain is no longer assigned to the case..(kgo) (Entered: 11/10/2025) |
| 11/10/2025 | | Magistrate Judge Victoria Reznik is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (kgo) (Entered: 11/10/2025) |
| 11/13/2025 | 8 | ORDER : It is hereby: ORDERED that Plaintiffs show cause, by no later than December 15, 2025, as to why their claims should not be dismissed for lack of subject matter jurisdiction. See Spira v. Trans Union, LLC, 21–CV–2367, 2022 WL 2189469 (S.D.N.Y. July 19, 2022) (dismissing a complaint sua sponte for lack of subject matter jurisdiction). SO ORDERED. (Signed by Judge Kenneth M. Karas on 11/13/25) (yv) (Entered: 11/17/2025) |
| 11/24/2025 | 9 | LETTER addressed to Judge Kenneth M. Karas from Elena Ruth Sassower dated 11/19/2025 re: Questions Concerning the Courts sua sponte November 13th Order & Three Requests Pertaining Thereto. Document filed by Elena Ruth Sassower. (tp) (Entered: 11/24/2025) |
| 12/05/2025 | 10 | ORDER: Accordingly, it is hereby: ORDERED that Plaintiffs comply with this Court's November 13 Order and show cause, by no later than December 19, 2025, as to why their claims should not be dismissed for lack of subject matter jurisdiction. It is also ORDERED that CJA appear with counsel and refile the Amended Complaint with counsel's signature by no later than January 5, 2026. Failure to do so will result in its claims being struck from the Complaint pursuant to Federal Rule of Civil Procedure 11(a). SO ORDERED. Show Cause Response due by 12/19/2025. (Signed by Judge Kenneth M. Karas on 12/5/2025) (jjc) (Entered: 12/05/2025) |
| 12/05/2025 | 11 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated December 5, 2025 re: Questions Concerning the Courts sua sponte November 13th Order & Three Requests Pertaining Thereto. Document filed by Elena Ruth Sassower(Individually), Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc).(jca) (Entered: 12/05/2025) |
| 12/10/2025 | 12 | LETTER addressed to Judge Kenneth M. Karas from Center For Judicial Accountability, Inc. dated 12/10/2025 re: Clarifying the Court's December 5th Order – & Furnishing Assurance to the Court of Plaintiffs' Compliance, with a Request for the Court's Guidance. Document filed by Center For Judicial Accountability, Inc.. (jjc) (Entered: 12/12/2025) |
| 12/19/2025 | 13 | PLAINTIFFS' AFFIDAVIT AS TO SUBJECT MATTER JURISDICTION IN RESPONSE TO THE COURT'S NOV. 13TH SUA SPONTE ORDER & DEC. 5TH ORDER. Document filed by Elena Ruth Sassower (as director of the Center for Judicial Accountability, Inc). (mml) (Entered: 12/22/2025) |
| 12/29/2025 | 14 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated December 29, 2025 re: Correcting Plaintiffs December 19th Affidavit as to Subject Matter Jurisdiction. Document filed by Elena Ruth Sassower(Individually), Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc). (jca) (Entered: 01/02/2026) |
| 12/29/2025 | 15 | AFFIDAVIT of Elena Ruth Sassower. Document filed by Elena Ruth Sassower(Individually). (jca) Modified on 1/5/2026 (laq). (Entered: 01/02/2026) |

| | | |
|---|---|---|
| 01/05/2026 | 17 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated 1/5/2026 re: Plaintiff's CJA's counsel Gary Zerman, Esq. Document filed by Elena Ruth Sassower(Individually), Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc).(laq) (Entered: 01/07/2026) |
| 01/05/2026 | 18 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated January 5, 2026 re: Plaintiffs Compliance with the Courts December 5th Order. Document filed by Elena Ruth Sassower(Individually), Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc). (Attachments: # 1 Exhibit Ex. 1) (ar) (Entered: 01/07/2026) |
| 01/06/2026 | 16 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Gary Ln Zerman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Center For Judicial Accountability, Inc...(Zerman, Gary) Modified on 1/7/2026 (rju). (Entered: 01/06/2026) |
| 01/07/2026 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE re: Document No. 16 MOTION for Gary Ln Zerman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court or State Bar of Arizona; the filing fee was not paid;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. Pay the filing fee using the event Pro Hac Vice Fee Payment found under the event list Other Documents. (rju)** (Entered: 01/07/2026) |
| 01/15/2026 | 19 | LETTER addressed to Clerk of Court from Elena Sassower dated 1/15/2026 re: Upcoming Refiling of Pro Hac Vice Motion of Plaintiff CJA Counsel Gary Zerman, Esq. Document filed by Elena Ruth Sassower. (mml) (Entered: 01/16/2026) |
| 01/20/2026 | 20 | MOTION for Gary Ln Zerman to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Center For Judicial Accountability, Inc...(Zerman, Gary) (Entered: 01/20/2026) |
| 01/21/2026 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 20 MOTION for Gary Ln Zerman to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 01/21/2026) |
| 01/23/2026 | 21 | ORDER granting 20 Motion for Gary L. Zerman to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above–entitled case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Kenneth M. Karas on 1/23/2026) (ar) (Entered: 01/23/2026) |
| 02/23/2026 | 22 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated 2/23/2026 re: Awaiting the Courts ruling on plaintiffs December 19, 2025 affidavit demonstrating subject matter jurisdiction & extending their time to effect service on the 34 defendants. Document filed by Elena Ruth Sassower(Individually).(sgz) (Entered: 02/24/2026) |
| 02/26/2026 | | **\*\*\*DELETED DOCUMENT. Deleted document number 26 LETTER. The document was incorrectly filed in this case. (jjc)** (Entered: 03/02/2026) |
| 03/02/2026 | 23 | MEMO ENDORSEMENT on re: 22 Letter, filed by Elena Ruth Sassower. ENDORSEMENT: The Court is aware of Plaintiff 's response to the Court's November 2025 Order and will address the question of jurisdiction in short order. This is not the only case on the Court's docket. Plaintiff is asked to refrain from reminding the Court about what is already known to the Court. So Ordered. (Signed by Judge Kenneth M. Karas on 3/2/2026) (jjc) (Entered: 03/02/2026) |
| 05/08/2026 | 24 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated 5/8/2026 re: Reiterating Plaintiffs February 23, 2026 Letter Awaiting the Courts ruling on plaintiffs December 19, 2025 affidavit demonstrating subject matter jurisdiction & extending their time to effect service on the 34 defendants, PLUS Threshold Issues of the Courts Demonstrated Actual Bias & Duty of Disclosure. Document filed by Elena |

| | | |
|---|---|---|
| | | Ruth Sassower(Individually)..(jca) (Entered: 05/08/2026) |
| 06/04/2026 | 25 | Plaintiffs' June 4, 2026 Affidavit for Disqualification/Disclosure Pursuant to 28 USC §§144, 455 of Elena Ruth Sassower. Document filed by Elena Ruth Sassower(Individually), Elena Ruth Sassower (as director of the Center for Judicial Accountability, Inc). (ap) Modified on 6/10/2026 (nb). (Entered: 06/09/2026) |
| 07/01/2026 | 26 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated 7/1/2026 re: Must plaintiffs be burdened with filing a petition for a writ of mandamus to compel the Courts rulings. Document filed by Elena Ruth Sassower(as director of the Center for Judicial Accountability, Inc).(jw) (Additional attachment(s) added on 7/6/2026: # 1 Exhibit 1, # 2 Exhibit 2) (jw). (Entered: 07/06/2026) |
| 07/02/2026 | 27 | LETTER addressed to Judge Kenneth M. Karas from Elena Sassower dated July 1, 2026 re: Must plaintiffs be burdened with filing a petition for a writ of mandamus to compel the Court's rulings? It is now more than six months that this Court has NOT ruled on plaintiffs' December 19, 2025 affidavit in response to its sua sponte November 13, 2025 Order that they demonstrate subject matter jurisdiction, issued before any of the 34 defendants had even been served ——— and nearly a month since plaintiffs' June 4, 2026 affidavit for the Court's disqualification and disclosure pursuant to 28 USC §§144 and 455, with NO ruling by the Court. Must plaintiffs file a petition for a writ of mandamus to compel the Court's rulings, which, as a matter of law, can ONLY be in plaintiffs' favor, based on those affidavits. Please advise by Tuesday, July 7th, so that we will know whether we must go to the effort and $600 filing fee expense of petitioning the Second Circuit Court of Appeals for a writ of mandamus against you ——— which is what we otherwise will do on Friday, July 10th, to coincide with the 250th anniversary of the birth of the State of New York, here in White Plains, by the vote of the Provisional Congress of the Colony of New York, meeting at the White Plains courthouse, approving the July 4th Declaration of Independence. Here's a photo of the site, memorialized by a monument (& here) that is a ten−minute walk from the White Plains federal courthouse where you sit and a less than ten−minute walk from where plaintiffs are based. Thank you. Document filed by Elena Ruth Sassower(Individually). (bw) (Entered: 07/07/2026) |
| 07/07/2026 | 28 | LETTER addressed to Judge Kenneth M. Karas from Elena Ruth Sassower dated July 1, 2026 re: Must plaintiffs be burdened with filing a petition for a writ of mandamus to compel the Court's rulings? It is now more than six months that this Court has NOT ruled on plaintiffs' December 19, 2025 affidavit in response to its sua sponte November 13, 2025 Order that they demonstrate subject matter jurisdiction, issued before any of the 34 defendants had even been served ——— and nearly a month since plaintiffs' June 4, 2026 affidavit for the Court's disqualification and disclosure pursuant to 28 USC §§144 and 455, with NO ruling by the Court. Must plaintiffs file a petition for a writ of mandamus to compel the Court's rulings, which, as a matter of law, can ONLY be in plaintiffs' favor, based on those affidavits. Please advise by Tuesday, July 7th, so that we will know whether we must go to the effort and $600 filing fee expense of petitioning the Second Circuit Court of Appeals for a writ of mandamus against you ——— which is what we otherwise will do on Friday, July 10th, to coincide with the 250th anniversary of the birth of the State of New York, here in White Plains, by the vote of the Provisional Congress of the Colony of New York, meeting at the White Plains courthouse, approving the July 4th Declaration of Independence. Here's a photo of the site, memorialized by a monument (& here) that is a ten−minute walk from the White Plains federal courthouse where you sit and a less than ten−minute walk from where plaintiffs are based. Thank you. Document filed by Elena Ruth Sassower(Individually). (bw) (Entered: 07/08/2026) |
| 07/10/2026 | 29 | ORDER OF DISMISSAL: Because Plaintiffs have failed to meet at least two of the requirements of constitutional standing, their claims are dismissed for lack of subject matter jurisdiction. See Spira v. Trans Union, LLC, No. 21−CV−2367, 2022 WL 2819469, at *6 (S.D.N.Y. July 19, 2022) (dismissing a 13 complaint sua sponte for lack of subject matter jurisdiction); Plutzer ex rel. Tharanco Grp., Inc. Emp. Stock Ownership Plan v. Bankers Tr. Co., No. 21−CV−3632, 2022 WL 596356, at *7 (S.D.N.Y. Feb. 28, 2022) (raising the issue of standing sua sponte and dismissing the plaintiff's claims because the "[p]laintiff ha[d] not made a showing of Article III standing sufficient to bring this suit"). The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs and close the case. SO ORDERED. (Signed by Judge Kenneth M. Karas on 7/10/2026) (ar) (Entered: 07/10/2026) |