# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DISTRIBUTION OF INSTRUCTIONS & FORMS
## TO PRO SE PARTIES IN MANDAMUS CASES

_X_  Acknowledgment and Notice of Appearance

_X_  Docketing Notice

_X_  Docket Report

_X_  How to Appeal as a Pro Se Party

_X_  T-1080 Form

___  Financial Affidavit

_X_  Local Rule 24.1 Statement

_X_  Certificate of Service

_X_  Format Motion

_X_  Form 6 Certificate of Compliance

___  Form 7 Declaration of Inmate Filing (only if detained/incarcerated)