UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 26-1905 _____

Caption [use short title]

Motion for: Pro Hac Vice Admission

_____

_____

Set forth below precise, complete statement of relief sought:

Pro Hac Vice Admission to represent corporate petitioner

Center for Judicial Accountability, Inc., on its own behalf and

on behalf of the People of the State of New York

& the Public Interest

In re Center for Judicial Accountabiltiy, Inc.

& Elena Ruth Sassower, individually and

as director of the Center for Judicial

Accountability, Inc., acting on their own behalf

and on behalf of the People of the State of

New York & the Public Interest

MOVING PARTY: Center for Judicial Accountability, Inc.   OPPOSING PARTY: (SDNY Judge Kenneth M. Karas)

☐ Plaintiff          ☐ Defendant

■ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: Gary L. Zerman, Esq.   OPPOSING ATTORNEY: NA

[name of attorney, with firm, address, phone number and e-mail]

23935 Philbrook Avenue, Valencia, California 91354

661-259-2570

gzerman243@gmail.com

Court- Judge/ Agency appealed from: SDNY Judge Kenneth M. Karas

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes  ■ No (explain): NA – mandamus

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ■ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ■ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  ■ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ■ No

Requested return date and explanation of emergency: _____

Is the oral argument on motion requested? ☐ Yes ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☐ Yes ■ No If yes, enter date: _____

Signature of Moving Attorney:
_Gary L. Zerman_____ Date: 7/15/26   Service: ☐ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

In re CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
and ELENA RUTH SASSOWER, individually and
as director of the Center for Judicial Accountability, Inc.,
*acting on their own behalf and on behalf of the People*
*of the State of New York & the Public Interest*

26-1905

Declaration for Admission
*Pro Hac Vice*

## DECLARATION OF GARY L. ZERMAN, ESQ.

1.  I am an attorney in good standing, duly licensed to practice law before the courts of the State of California and Arizona, in the United States District Courts of California, Central District, Northern District, and Eastern District, and in the Ninth Circuit Court of Appeals.

2.  Pursuant to this Court's Local Rule 46.1, I submit this declaration in support of my motion for *Pro Hac Vice* admission to the Second Circuit Court of Appeals to serve as counsel to CENTER FOR JUDICIAL ACCOUNTABILITY, Inc., the corporate petitioner in the above-entitled mandamus proceeding.

3.  I have been representing the CENTER FOR JUDICIAL ACCOUNTABILITY, Inc. in the Southern District of New York in the underlying lawsuit *Center for Judicial Accountability, Inc., et al. v. Legislative Correspondents Association, et al.* (25-CV-8370) before Judge Kenneth M. Karas. His January 23, 2026 Order granting me *pro hac vice* admission in the Southern District of New York is annexed hereto as Exhibit A. My underlying application is Exhibit B and the information therein contained remains true and correct.

_____
GARY L. ZERMAN, ESQ.

July 15, 2026
Valencia, California

Case: 26-1905, 07/15/2026, DktEntry: 9.1, Page 3 of 10
Case 7:25-cv-08370-KMK    Document 21    Filed 01/23/26    Page 1 of 2
Case 7:25-cv-08370-KMK    Document 20    Filed 01/20/26    Page 9 of 10

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
and ELENA RUTH SASSOWER, individually and
as director of the Center for Judicial Accountability, Inc.,
*acting on their own behalf and on behalf of the People
of the State of New York & the Public Interest,*

                                        25-CV-8370

                        Plaintiffs,

                                        ORDER FOR ADMISSION
            -against-                   *PRO HAC VICE*

LEGISLATIVE CORRESPONDENTS ASSOCIATION, Inc.,
     [and 33 other defendants]
*being representative of other New York & national media,*

                        Defendants.

---

The motion of GARY L. ZERMAN, ESQ. for admission to practice *Pro Hac Vice* in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

California and Arizona; and that his contact information is as follows:

GARY L. ZERMAN, ESQ.
23935 Philbrook Avenue
Valencia, California 91354
(661) 259-2570
gzerman243@gmail.com

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for Plaintiff

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-entitled case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Case: 26-1905, 07/15/2026, DktEntry: 9.1, Page 4 of 10
Case 7:25-cv-08370-KMK    Document 21    Filed 01/23/26    Page 2 of 2
Case 7:25-cv-08370-KMK    Document 20    Filed 01/20/26    Page 10 of 10

Dated: 1/23/2026

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
and ELENA RUTH SASSOWER, individually and
as director of the Center for Judicial Accountability, Inc.,
*acting on their own behalf and on behalf of the People
of the State of New York & the Public Interest,*

25-CV-8370

Plaintiffs,

Affidavit for Admission
*Pro Hac Vice*

-against-

LEGISLATIVE CORRESPONDENTS ASSOCIATION, Inc.,
    [and 33 other defendants]
*being representative of other New York & national media,*

Defendants.

STATE OF CALIFORNIA            )
COUNTY OF LOS ANGELES          ) ss:

GARY L. ZERMAN, being duly sworn, deposes and says:

1.      I am an attorney duly licensed to practice law before the courts of the State of California and submit this affidavit in support of my motion to appear *Pro Hac Vice* before this Court as counsel to Plaintiff CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.

2.      I have been a member of the California bar since February 7, 1984, have practiced continually ever since, and have been in good standing throughout. Attached is a Certificate of Good Standing of the California Supreme Court, issued by the Clerk on December 24, 2025.[1]

3.      I am also a member of the United States District Courts of California, Central District, Northern District, and Eastern District, and the Ninth Circuit Court of Appeal and in good standing in each.

---

[1]     I am additionally a member of the Arizona State Bar, though I have not practiced there. Attached are the Certificates of Good Standing of the Arizona Supreme Court, issued by its Disciplinary Clerk on January 2, 2026, and by its Clerk on January 12, 2026 – and *Pro Se* Plaintiff Sassower's January 15, 2026 letter to this Court's Clerk's Office with respect to same.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court or bar.

6.    There are no disciplinary proceedings pending against me.

_____
GARY L. ZERMAN, ESQ.

Sworn to before me this
20th day of January 2026

_____
Notary Public

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

See Attached Document
for Seal

**CALIFORNIA ACKNOWLEDGMENT**                    CIVIL CODE § 1189

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of **Los Angeles**                    }

On **January 20, 2026** before me, **Kathleen M. Baca, Notary Public**,
      *Date*                           *Here Insert Name and Title of the Officer*

personally appeared **Gary LN Zerman**
                                  *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> KATHLEEN M. BACA
> Notary Public - California
> Los Angeles County
> Commission # 2458414
> My Comm. Expires Aug 8, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kathleen M. Baca_
                        *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

---------- **OPTIONAL** ----------

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: **Affidavit**

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____     Signer's Name: _____
☐ Corporate Officer – Title(s): _____     ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General                ☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact          ☐ Individual        ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator   ☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____                 ☐ Other: _____
Signer is Representing: _____         Signer is Representing: _____

©2019 National Notary Association



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### GARY LN ZERMAN

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that GARY LN ZERMAN, # 112825, was on the 7th day of February 1984, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 24th day of December 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____

*Biying Jia, Deputy Clerk*



# Supreme Court

## STATE OF ARIZONA
### ADMINISTRATIVE OFFICE OF THE COURTS

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **GARY L ZERMAN,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 4, 1985, and is now, as of the date of this Certificate, an inactive member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 01-02-2026 _____ __

*Mark McCall* _____
Mark McCall
Associate Disciplinary Clerk

COGS35487445EDOC

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-542-3300 (TDD) 602-452-3545

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
### STATE OF ARIZONA

I, Aaron C. Nash, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the State Bar of Arizona

### GARY L. ZERMAN

was on the 4th day of March, 1985 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as a member of the Bar in good standing, and in the records of the State Bar of Arizona as an inactive member in good standing.

Given under my hand and the seal of said Court this 12th day of January, 2026.

AARON C. NASH, Clerk

By _Ana Ramirez_
Ana Ramirez
Deputy Clerk III