## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: _In Re: Elena Ruth Sassower_  Docket No.: _26-1905_

Lead Counsel of Record (name/firm) or Pro se Party (name): _Elena Ruth Sassower_

Appearance for (party/designation): ~~none~~ _Elena Ruth Sassower, individually + as director of the Center for Judicial Accountability, Ltd., Inc. acting on her own behalf + on behalf of the People of the State of NY + the Public Interest_

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [ ] Correct
- [✓] Incorrect. See attached ~~caption page with corrections~~. _July 16, 2016 letter_

**Appellate Designation** is:
- [ ] Correct
- [✓] Incorrect. The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect. Please change the following parties' designations:
  Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✓] Correct
- [ ] Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

### RELATED CASES

- [✓] This case has not been before this Court previously.
- [ ] This case has been before this Court previously. The short title, docket number, and citation are:_____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

### CERTIFICATION

I certify that ( [ ] ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( [ ] ) I applied for admission on_____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record:_____
Type or Print Name: _Elena Ruth Sassower_
       OR
Signature of pro se litigant: _Elena R. Sassower_
Type or Print Name:_____
- [✓] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

_July 27, 2026_

# CENTER *for* JUDICIAL ACCOUNTABILITY, INC.

| | | |
|---|---|---|
| *Post Office Box 8101* | *Tel. (914)421-1200* | *E-Mail:* **mail@judgewatch.org** |
| *White Plains, New York 10602* | | *Website:* **www.judgewatch.org** |

July 16, 2026

TO:         Second Circuit Court of Appeals
                   ATT: Case Manager Steve Giovanniello

FROM:     Elena Sassower, Petitioner *Pro Se*

RE:         <u>Docket #26-1905 – July 10, 2026 Verified Petition for a Writ of Mandamus</u>
                   In re CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
                   and ELENA RUTH SASSOWER, individually and
                   as director of the Center for Judicial Accountability, Inc.,
                   *acting on their own behalf and on behalf of the People*
                   *of the State of New York & the Public Interest*

Following up our phone conversation late yesterday afternoon (212-857-8529), for which I thank you, here, as you requested, is petitioners' letter that I understood you to say would be docketed, requesting that <u>the short title</u> of petitioners' mandamus proceeding, currently appearing at the top of the Second Circuit's electronic docket as "In Re: Elena Ruth Sassower", be <u>corrected</u> to, <u>at very least</u>, "In Re: Center for Judicial Accountability, Inc."

This is consistent with the above <u>full title</u> of petitioners' <u>July 10, 2026 Verified Petition for a Writ of Mandamus,</u> where the Center for Judicial Accountability, Inc. is the FIRST petitioner, <u>not</u> me.

Indeed, <u>also needing to be corrected</u> is what you stated, at least initially, to be <u>the full title of the mandamus proceeding</u> appearing later down on the Second Circuit's docket.  Here's the <u>print-out of the docket</u> that, with your assistance, I was able to access.  Only in writing this letter did I read the portion to which you referred me (at p. 5) – and it is also <u>incorrect, TOTALLY</u>:

- It first furnishes <u>a slightly more expanded shortened title</u> as "In Re: Elena Ruth Sassower, Center for Judicial Accountability, Inc., Petitioners" – which is <u>incorrect</u>;

- It then furnishes, <u>in case caption formatting, the supposed full title, beginning with the petitioners</u>, now identified as "Elena Ruth Sassower, individually and as director of the Center for Judicial Accountability, Inc., Center For Judicial Accountability, Inc., acting on its own behalf and on behalf of the People of the State of New York & the Public Interest – which is <u>incorrect</u>, including by substituting the word "its" for "their" so as to make it appear that I am not also, and in two capacities, "acting…on behalf of the People of the State of New York & the Public Interest".[1]

---

[1]      The capitalization of "For" is also incorrect.

2nd Circuit Court of Appeals Case Manager Giovanniello          Page Two          July 16, 2026

- It then continues, <u>in case caption formatting, to identify 34 respondents</u> – and this too is <u>incorrect</u>. There are NO respondents, other than Judge Karas – and I set this forth by my Certificate of service/delivery, attached to the end of the <u>July 10, 2026 Verified Petition for a Writ of Mandamus</u> that at <u>1:10 pm on July 10th I e-mailed</u> for electronic filing to prosecases@ca2.uscourts.gov and newcases@ca2.uscourts.gov, paying the $600 filing fee, in cash, in person, at about 3:10 pm, at the Second Circuit Courthouse, Room 150, to Records Administrative Manager Richard Alcantara because *pro se* litigants, who are not attorneys, are not permitted to pay electronically. Moreover, the 34 captioned respondents are <u>incorrectly identified</u> – the correct identification would be the same as the 34 defendants in the caption of the <u>October 29, 2025 verified amended complaint in Center for Judicial Accountability, Inc., et al. v. Legislative Correspondents Association, Inc., et al. (25-CV-8370)</u>, before Judge Karas.[2]

The erroneousness of this supposed full title of the mandamus proceeding is replicated in the docket's preceding section for parties (<u>at pp.1-4</u>), beginning with the first two boxes for petitioners (at p. 1), followed by 34 boxes for the 34 purported respondents (at pp. 1-4). This includes attaching the words "representative of other New York & national media" to the purported 25th respondent, THE FREE PRESS (at p.1).[3]

I have discussed the foregoing with petitioner CJA's counsel Gary Zerman, who has read and approved the letter – and, with me, has signed it on the next page, so as not to destroy the live hyperlinks. **Both of us request that, if possible, the shortened title of the mandamus proceeding be the same as appears in the subject line of my initial <u>July 10, 2026 e-mail</u> and in my two July 13, 2026 e-mails (<u>here</u> & <u>here</u>),** *to wit*, **"In re Center for Judicial Accountability, Inc. & Elena Ruth Sassower, on their own behalf & on behalf of the People of New York State & the Public Interest"**

Thank you.

---

[2]   I understood you to say that the <u>SDNY's listing of defendants on its docket for 25-CV-8370</u> was the model for the <u>Second Circuit's listing of respondents on its docket for 26-1905</u>. However, the SDNY docket does NOT replace their names, as the Second Circuit's docket does, with the names of their parent entities.

[3]   The original October 8, 2025 verified complaint had 25 defendants, with THE FREE PRESS, being the last, followed, in italics, by the words, "*representative of other New York & national media*". The <u>October 29, 2025 verified amended complaint</u> added 9 additional defendants, signifying this by * * * after THE FREE PRESS – and placing "*representative of other New York & national media*" after the now last 34th defendant.

2nd Circuit Court of Appeals Case Manager Giovanniello          Page Three          July 16, 2026

ELENA RUTH SASSOWER

GARY L. ZERMAN, ESQ.          7/16/2026