# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-six.

Before: William J. Nardini,
*Circuit Judge.*

In Re: Elena Ruth Sassower, Center for Judicial Accountability, Inc.,
Petitioners.

-----------------------------------------------------------------

Elena Ruth Sassower, individually and as director of the Center for Judicial Accountability, Inc., Center For Judicial Accountability, Inc., acting on its own behalf and on behalf of the People of the State of New York & the Public Interest,

Petitioners,

v.

Legislative Correspondents Association, Inc., et al.,

Respondents.

**ORDER**

Docket No. 26-1905

Petitioner Elena Ruth Sassower, pro se, moves for leave to file a supplement to her pending petition for a writ of mandamus and for a court order directing the Clerk of Court to respond to her letters dated July 30, 2026 and August 6, 2026.

IT IS HEREBY ORDERED that the motions are REFERRED to the panel that will determine the merits of the appeal.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe